IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:15-cv-00623 |
| | ) |
| RANDALL V. PRUITT, et al. | ) |
| | ) |
| Defendants. | ) |

## DEFAULT

It appearing that the complaint was filed in this case on November 24, 2015, that the summons and complaint were duly served upon defendant Randall V. Pruitt, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against defendant Randall V. Pruitt, as provided in Rule 55(a), Federal Rules of Civil Procedure.

Dated this 29th day of February, 2016.

By: _____

Clerk of Court for the Eastern District of North Carolina