UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO. 5:15-CV-623-FL

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RANDALL V. PRUITT and TRESSA J. PRUITT

    Defendants.

**ORDER FOR DISMISSAL OF COUNTS I & IV OF THE COMPLAINT & DEFENDANT TRESSA J. PRUITT FROM THIS ACTION**

---

This matter is being heard by the undersigned on the Joint Motion of Plaintiff and Defendant TRESSA J. PRUITT, to dismiss Count I of the Complaint (regarding 2004 tax liabilities) with prejudice, to dismiss Count IV of the Complaint (regarding the foreclosure on 4704 Tolley Court, Raleigh, North Carolina) with prejudice, and to dismiss Defendant TRESSA J. PRUITT as a party from this action with prejudice.

It appearing that it is in the interest of justice to allow said Motion, as Counts I & IV of the Complaint, being all claims asserted against Defendant TRESSA J. PRUITT, have been wholly settled and satisfied, **IT IS ORDERED, ADJUDGED AND DECREED** that Count I of the Complaint (regarding 2004 tax liabilities) is dismissed with prejudice, that Count IV of the Complaint (regarding the foreclosure on 4704 Tolley Court, Raleigh, North Carolina) is dismissed with prejudice, and that Defendant TRESSA J. PRUITT is dismissed as a party from this action with prejudice.

All tax liabilities regarding the 2004 tax year are resolved and all parties are precluded from litigating the amount thereof, the payment thereof, or any other matter related thereto from

this date forward; however, nothing herein shall preclude or hamper the Plaintiff from pursuing any and all remedies against Defendant Randall V. Pruitt upon all other claims in the Complaint.

This the __17th__ day of May, 2016.

_____
U.S. District Court Judge