IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 5:15-cv-623-FL |
| v. ) | |
| ) | |
| RANDALL V. PRUITT, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFAULT JUDGMENT AGAINST RANDALL V. PRUITT**

Defendant Randall V. Pruitt, having failed to appear, plead, or otherwise defend in this action, and counsel for plaintiff having requested default judgment against him and satisfying the requirements of Rule 55(b) of the Federal Rules of Civil Procedure, including submitting affidavits that show (1) the sum certain due on plaintiff's claims; and (2) that defendant is not an infant, an incompetent person, or on active duty status with a branch of the armed forces, and for good cause show:

JUDGMENT is hereby entered, pursuant to Fed. R. Civ. P. 55, in favor of the United States of America and against Randall V. Pruitt in the amount of $270,897.13 as of May 27, 2016, for solely owed federal income taxes, interest, and penalties for 2005 in the amount of $155,030.00 as of May 27, 2016; and for civil penalties under 26 U.S.C. § 6672 for periods ending December 31, 2004; March 31, 2005; June 30, 2005; September 30, 2005; December 31, 2005; June 30, 2011; September 30, 2011; December 31, 2011; March 31, 2012; and June 30,

1

2012; in the total amount of $115,867.13 as of May 27, 2016, plus interest pursuant to 28 U.S.C.

§ 1961(c) and 26 U.S.C. § 6621(a)(2) after that date until the amount is paid in full.


Date   6/3/2016                                  _____
                                                 LOUISE W. FLANAGAN
                                                 U.S. DISTRICT COURT JUDGE